# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

| | |
|---|---|
| GAYLE MAHONEY<br><br>PLAINTIFF (S)<br><br>VS.<br><br>UNUM GROUP et al<br><br>DEFENDANT (S) | **Case Management Department 610**<br>**Case Management Order**<br><br>NO. CGC-14-540980<br><br>**Continued Order to Show Cause** |

TO: PLAINTIFF'S COUNSEL AND/OR SELF-REPRESENTED PLAINTIFF(S)

YOU ARE HEREBY ORDERED TO APPEAR in Department 610 on Oct-20-2015 at 10:30 am, pursuant to Local Rule 3.0 C to show cause why this action should not be dismissed or why sanctions should not be imposed for failure to:

file proof of service on defendant(s) and obtain answer(s), or enter default(s).

CRC 3.110(i) requires that responsive papers to an order to show cause must be filed and served at least 5 calendar days before the hearing.

However, it would facilitate the issuance of a case management order prior to the Order to Show Cause hearing if the Response to Order to Show Cause is filed, served and lodged in Department 610 twenty (20) days before the Order to Show Cause hearing.

PLAINTIFF(S) must serve a copy of this notice on all parties not listed on the attached proof of service within five (5) days of the date of this order.

You may call (415) 551-4000 after 12:00 noon the day before the hearing to determine whether your compliance has taken the order to show cause off calendar.

DATED: JUL-15-2015                      JOHN K. STEWART
                                        JUDGE OF THE SUPERIOR COURT

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 345 Franklin Street, San Francisco, California 94102. On July 17, 2015, I served and/or will cause to be served the foregoing:

## CONTINUED ORDER TO SHOW CAUSE

on the interested parties involved in said action, addressed as follows:

Robert E. Hess, Esq.
Hinshaw & Culbertson LLP
19800 MacArthur Blvd., Ste. 800
Irvine, CA 92612-2427
*[Attorneys for Defendant UNUM Group, UNUM Life Ins. Co. of America]*

☒ **(by U.S. mail)** by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Following ordinary business practices and placing for collection and mailing at the United States Post Office, San Francisco, CA, in the ordinary course of business, the above documents would have been deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid.

☐ **(by certified mail)** by placing true copies enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, with the postage thereon fully prepaid and certified, in the United States Mail.

☐ **(by electronic mail)** by transmitting such document(s) electronically to the interested parties at the electronic mail address(es) listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 17, 2015, at San Francisco, California.

Dawn M. Sousa